**Opinion issued August 1, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00449-CR

———————————

**WILLIE TALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 482nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1832102**

---

## MEMORANDUM OPINION

Appellant Willie Talton appealed the trial court's judgment and sentence of May 23, 2024. On July 11, 2024, Appellant filed a "Motion to Dismiss Appeal," stating that he "does not wish to continue to prosecute the appeal and requests the

. . . [C]ourt to dismiss this appeal."[1]  Appellant and his attorney have signed the motion, and this Court has not issued a decision.  *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We deny any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1] We note that the "Trial Court's Certification of Defendant's Right of Appeal" provides that Appellant's trial court case was "a plea-bargain case, and [Appellant] has NO right of appeal."